IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| v. | : | CRIMINAL NO. 5:24-CR-_____ |
| | : | |
| CHASHON MALIK HAYES, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1704 |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**(Stealing United States Postal Service Keys)**

On or about March 19, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**CHASHON MALIK HAYES,**

did steal and purloin and embezzle and obtain by false pretenses, from the United States Postal Service, a key suited to locks adopted by the United States Postal Service and in use on authorized receptacles for the deposit of mail matter, in violation of Title 18, United States Code, Section 1704.

A TRUE BILL.

*/s/Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

JOY ODOM
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 9 day of July, 2024.

Deputy Clerk